UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
ALLSTATE INSURANCE COMPANY, )
)  Case No. MC17-0031RSL
    Plaintiff/Judgment Creditor, )
)
    v. )
)  ORDER TO ISSUE WRIT OF
DAEHYUN CHOI and HYUN JOO KWAN, )  GARNISHMENT
)
    Defendants/Judgment Debtors,[1] )
)
    v. )
)
UNIBANK, )
)
    Garnishee. )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtors, Daehyun Choi and Hyun Joo Kwan, have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, UniBank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the attached Writ of Garnishment.

Dated this 26th day of April, 2017.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

---

[1] The caption has been altered to align the parties with their respective roles in this miscellaneous action.

ORDER TO ISSUE WRIT OF GARNISHMENT